IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

THE ESTATE OF GRACE ANN
WALKER, BY AND THROUGH
CHARLOTTE ANN KREMER,
PERSONAL REPRESENTATIVE,

      Appellant,

 v.

NORTHPORT HEALTH
SERVICES OF FLORIDA, LLC,
AND TYLER PRICE,

      Appellees.

_____/

Case No.  5D21-2554
LT Case No. 2020-CA-0898

Decision filed July 19, 2022

Nonfinal Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

A. Lance Reins, and Joanna
Greber Dettloff, of Mendes, Reins &
Wilander, PLLC, Tampa, for Appellant.

Dale R. Sisco, Dominic A. Isgro, and
Peter A. Luccarelli, of Sisco-Law,
Tampa, for Appellees.

PER CURIAM.

     AFFIRMED.

WALLIS, SASSO and WOZNIAK, JJ., concur.